# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                        Plaintiff,

            vs.

**Bayron Armando Zarate Molina,**

                                        Defendant.

Case No.  **3:21-CR-3167-TWR**

JUDGMENT OF DISMISSAL

~~FILED~~

SEP 16 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☐   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of a Controlled Substance (Felony)

Dated:  9/16/2022

                                    Hon.  Allison H. Goddard

                                    United States Magistrate Judge